Hand-Delivered

FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

AUG 1 6 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Ateira Ashley

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Charlotte Mecklenburg School District
U.S Equal Employment Opportunity Commission
James Elliott Field, Attorney-at-Law, PLLC

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:24-CV-750-KDB
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ateira Ashley |
| Street Address | 9433 Tavistock Court |
| City and County | Mathews |
| State and Zip Code | NC 28105 |
| Telephone Number | (704) 307-6634 |
| E-mail Address | ateiragilmer@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Case 3:24-cv-00750-KDB-SCR     Document 1     Filed 08/16/24     Page 1 of 6

**Defendant No. 1**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

U.S Equal Employment Opportunity Commission Charlotte District Office
Lead Investigator
129 West Trade Street, Suite 400 Charlotte, NC 28202
Charlotte, NC
(980) 296-1250
debbie.smith@eeoc.gov / jeremy.moore@eeoc.gov

**Defendant No. 2**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

James Elliott Field, Attorney-at-Law, PLLC
Lawyer
100 Barrister Place
216 N McDowell St.
Charlotte, NC 28201
(704) 334.3747 (F) 704.334.3748
efieldjd@gmail.com

**Defendant No. 3**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Charlotte Mecklenburg School District
Employer
4339 Stuart Andrew Boulevard
Charlotte, NC 28217
Charlotte, NC 28217
(980) 343-3000
HRMail@cms.k12.nc.us

**Defendant No. 4**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## C.      Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name           _Charlotte Mecklenburg School District_

Street Address

City and County    _Charlotte NC_

State and Zip Code

Telephone Number   _(980) 343. 3000_

## II.      Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

*Defamation of Character, Integrity*

☐     Failure to hire me.

☒     Termination of my employment.

☒     Failure to promote me.

☒     Failure to accommodate my disability.

☒     Unequal terms and conditions of my employment.

☒     Retaliation.

☐     Other acts *(specify)*:  *All Defendants in pursuit of request of being Summoned's mishandled my entire career, case, (claim)*

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes* and additional federal + state laws,

*have violated my Civil Rights, ADA rights as well as violated and mishandled*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s) *important files*

*2021 - present*     *regarding my right of employment as a U.S Citizen. since 2021.*

*and have destroyed*

C.     I believe that defendant(s) *(check one)*:

☒     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

*→ and employee of Charlotte mecklenburg School District since 2012*

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*: 

☐     race     _____

☒     color     *please see all items (artifacts provided)*

☐     gender/sex     _____

☐     religion     _____

☐     national origin     _____

☐     age *(year of birth)* _____     *(only when asserting a claim of age discrimination.)*

☒     disability or perceived disability *(specify disability)* *( please See all artifacts Provided)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

*Please see all artifacts provided. Please note that additional documentation pertaining to this case is available via the plantiff.*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)* ( All files attached)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2022 through 2024 ( please see attachments)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* Aug 11, 2023 - May 20, 2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Plaintiff's entire case has been mishandled by the Charlotte EEOC dept.

C. Only litigants alleging age discrimination must answer this question.

- More evidence is available via plaintiff.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. ( Please see all documentation regarding artifacts to support claim. Please note that additional documentation can be provided.)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *8-16-2024*

Signature of Plaintiff *Ateira Ashley*

Printed Name of Plaintiff *Ateira Ashley*

### B. For Attorneys

*Plaintiff request a point of counsel at this time.*

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____